UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM KALIA, et al., | No. 2:15-cv-2538 GEB CKD PS |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF TREASURY, | |
| Defendant. | |

Pending before the court is defendant's motion to extend time to file answer. Because oral argument is not of material assistance, this matter is submitted on the briefs. E.D. Cal. L.R. 230(g). Upon review of the documents in support and opposition, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Defendant has shown good cause to extend the time for filing a response to the complaint. Defendant shall answer, move, or otherwise plead in response to the complaint no later than April 8, 2016.

2. The hearing date of March 23, 2016 on defendant's motion to extend time is vacated.

Dated: February 8, 2016

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 kalia2538.eot