CAROLINE D. CIRAOLO
Acting Assistant Attorney General

CHRISTIAN MEJIA (NJ SBN: 129362015)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

PHILLIP A. TALBERT
Acting United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM L. KALIA & SHARDA R. KALIA, | Case No. 2:15-cv-02538 GEB CKD |
| Plaintiffs, | |
| v. | **[PROPOSED]  ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |
| DEPARTMENT OF THE TREASURY and INTERNAL REVENUE SERVICE, | |
| Defendants. | |

The parties have jointly submitted a Stipulation of Dismissal With Prejudice to the Court.

Accordingly, this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of

//

//

PROPOSED ORDER
(Case No. 2:15-cv-02538 GEB CKD)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-305-7548

the Federal Rules of Civil Procedure, and the parties will bear their own respective costs and expenses.

IT IS SO ORDERED.

Dated:  June 23, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

PROPOSED ORDER
(Case No. 2:15-cv-02538 GEB CKD)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-305-7548